**FILED**

06/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0173

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0173

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSEPH PAUL DEWISE,

      Defendant and Appellant.

_____

**O R D E R**

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 22 2022